UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CAROLYN SCHMOLKE** | * | **CIVIL ACTION NO. 2:21-cv-02278** |
| | * | |
| **VERSUS** | * | **JUDGE MARY ANN VIAL LEMMON** |
| | * | |
| **WALMART, INC.** | * | **MAG. JUDGE KAREN WELLS ROBY** |
| | * | |

**************************************************************************

## ORDER

**CONSIDERING THE FOREGOING** *Unopposed Motion to Continue Trial* filed by Walmart, Inc.;

**IT IS HEREBY ORDERED** that the *Unopposed Motion to Continue Trial* is **GRANTED** and that the trial set for October 17, 2022 is continued.

**IT IS FURTHER ORDERED** that a telephone scheduling conference with the Case Manager is scheduled for the __28th__ day of __September__, 2022 at __2:00__ p.m.

New Orleans, Louisiana this 13th day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE